# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-1226
Lower Tribunal No. 2017-CA-004061-O

———————————————

BRIAN F. TRACY and LILLA T. TRACY,

Appellants,

v.

WELLS FARGO, N.A., as Trustee for OPTION ONE MORTGAGE LOAN TRUST 2007-FXD2,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
John Marshall Kest and Jeffrey L. Ashton, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and GANNAM, JJ., concur.


Richard A. Kalinoski, Jr., Orlando, for Appellants.

Joseph G. Paggi, III, and Kimberly George, of Deluca Law Group, PLLC, Ft. Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED